1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC., | ) Case No: 8:14-cv-01788-CJC-DFM |
| | ) Hon. Cormac J. Carney |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| | ) |
| ALLIED INSURANCE COMPANY and | ) |
| DOES 1 through 100, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

/ / /
/ / /
/ / /
/ / /
/ / /

1
JUDGMENT

After consideration of the papers in support of and in opposition to Defendant AMCO Insurance Company's Motion for Summary Judgment and the oral argument of counsel, this Court orders judgment be entered in favor of Defendant AMCO Insurance Company.

**IT IS SO ORDERED.**

Dated: December 15, 2015

Hon. Cormac J. Carney
Judge of the United States District Court

2
JUDGMENT