UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC., <br><br>  Plaintiff - Appellant, <br><br> v. <br><br> ALLIED INSURANCE COMPANY and AMCO INSURANCE COMPANY, <br><br>  Defendants - Appellees. | No. 16-55079 <br><br> D.C. No. 8:14-cv-01788-CJC-DFM <br> U.S. District Court for Central California, Santa Ana <br><br> **MANDATE** |

The judgment of this Court, entered June 07, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $64.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7